UNITED STATES of America,
Plaintiff-Appellee,

v.

Jerome W. REED, Defendant-Appellant.

No. 72-1115.

United States Court of Appeals,
Ninth Circuit.

May 17, 1972.

Rehearing Denied July 11, 1972.

Charles T. McCutcheon, San Diego, Cal., for defendant-appellant.

Harry D. Steward, U. S. Atty., Stephen G. Nelson, Douglas G. Hendricks, Asst. U. S. Attys., San Diego, Cal., for plaintiff-appellee.

Before CHAMBERS, ELY and HUFSTEDLER, Circuit Judges.

PER CURIAM:

The judgment of conviction for passing counterfeit United States currency is affirmed.

It is asserted that there was prejudicial error in an identification line-up of pictures and on voir dire questions. No objections were made at the time. Certainly there was no plain error.